No. 9863.

AMERICAN BANK & TRUST COMPANY *v*. AMERICAN LIFE
INSURANCE COMPANY.

Decided March 6, 1922.

Action on life insurance policy.   Judgment for plaintiff
for amount of first premium.

*Affirmed.*

1.   APPEAL AND ERROR—*Sufficiency of Evidence.*   Evidence held suffi-
cient to prove suicide of assured in an action on a life insur-
ance policy, that being the only question presented for review.

*Error to the District Court of the City and County of
Denver, Hon. Charles C. Butler, Judge.*

Mr. J. E. ROBINSON, for plaintiff in error.

Messrs. BARDWELL, HECOX, McCOMB & STRONG, for de-
fendant in error.

*En banc.*

MR. JUSTICE DENISON delivered the opinion of the court.

THIS was a suit for $10,000 on a life insurance policy.
The defence was suicide.   The trial was to the court.   The
judgment was for plaintiff for the amount of the first
premium, according to the requirement of the policy in case
of suicide, and plaintiff brings error.

The only point made in this court is upon the sufficiency
of the evidence to prove suicide.   It would serve no pur-
pose to review it.   We think the court below could have
reached no other conclusion.   Motive was shown and the
evidence of death from intentional self-poisoning was clear.
Judgment affirmed.

MR. CHIEF JUSTICE SCOTT and MR. JUSTICE BURKE not
participating.